IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRRELL L JONES-EILAND, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00055-TES |
| | * |
| MARK W BEGOR, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 4th day of February, 2022.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk